Adam Hosmer-Henner (NSBN 12779)
Katrina Weil (NSBN 16152)
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
ahosmerhenner@mcdonaldcarano.com
kweil@mcdonaldcarano.com

Susan P. Elgin *(Pro Hac Vice Forthcoming)*
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa  50309
Telephone: (515) 248-9000
susan.elgin@faegredrinker.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROOPINDER GORAYA,<br><br>              Plaintiff,<br><br>     v.<br><br>INFOSYS LIMITED,<br><br>              Defendant. | Case No. 2:26-cv-01065-ART-EJY<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>(**FIRST REQUEST**) |

Pursuant to Local Rules IA 6-1 and 7-1, Defendant Infosys Limited ("Infosys") and Plaintiff Roopinder Goraya ("Plaintiff"), hereby stipulate, agree, and respectfully request that the Court extend the deadline for Infosys to respond to Plaintiff's Complaint from May 22, 2026 to June 22, 2026.[1] The Complaint (ECF No. 1) was filed on April 7, 2026 and served April 30, 2026. Infosys's deadline to respond or otherwise answer the Complaint therefore falls on May 22, 2026 and the

---

[1] This Stipulation should not be construed as, nor shall it constitute, a waiver of any rights and remedies of Infosys or its members, managers, employees, agents, representatives or any other related or affiliated parties, and all such rights and remedies, whether arising under law, in equity, or otherwise, are hereby expressly reserved. This reservation specifically includes, but is not limited to, Infosys's rights to challenge jurisdiction, venue, arbitrability, or other procedural and preliminary matters. Infosys' entry into this Stipulation shall not be construed as consent to litigate in this forum or as conduct inconsistent with its right to arbitrate.

parties have agreed to continue this deadline to June 22, 2026. Infosys has recently retained counsel on this matter and requires additional time to investigate and prepare an appropriate response to Plaintiff's Complaint.

Infosys does not seek this extension for purposes of delay, and this is the first request by Infosys for an extension of time to respond to Plaintiff's Complaint. Accordingly, the parties request that the Court grant an extension of time to respond to Plaintiff's Complaint until June 22, 2026. Through this extension, Infosys' answer, response, or appearance would not be due until June 22, 2026.

DATED this 22nd day of May, 2026.

McDONALD CARANO LLP

By: /s/ *Adam Hosmer-Henner*
Adam Hosmer-Henner (NSBN 12779)
Katrina Weil (NSBN 16152)
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
ahosmerhenner@mcdonaldcarano.com
kweil@mcdonaldcarano.com

FAEGRE DRINKER BIDDLE & REATH LLP
Susan P. Elgin *(Pro Hac Vice Forthcoming)*
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
susan.elgin@faegredrinker.com

*Attorneys for Defendant*

GREENBERG GROSS LLP

By: */s/ Michael Burnette*
Jemma E. Dunn (NSBN 16229)
Matthew T. Hale (NSBN 16880)
Michael A. Burnette (NSBN 16210)
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
jdunn@ggtriallaw.com
mhale@ggtriallaw.com
mburnette@ggtriallaw.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED**.

UNITED STATES MAGISTRATE JUDGE

DATED:   May 26, 2026

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020