# EXHIBIT A

Declaration of Joanne Polanowski

Adam Hosmer-Henner, Esq. (NSBN 12779)
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
ahosmerhenner@mcdonaldcarano.com

Susan P. Elgin *(Admitted Pro Hac Vice)*
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROOPINDER GORAYA,<br>Plaintiff,<br>v.<br>INFOSYS LIMITED,<br>Defendant. | Case No. 2:26-cv-01065-ART-EJY<br><br>**DECLARATION OF JOANNE POLANOWSKI**<br><br>**EXHIBIT A** |

I, Joanne Polanowski, hereby declare as follows:

1. I make this declaration in support of Defendant Infosys Limited's ("Infosys") Motion. I am over the age of 18 and the information set forth herein is based upon my personal knowledge. If called and sworn as a witness, I could and would competently testify thereto.

2. I am employed by Infosys as a Senior Practice Lead for Talent Acquisition for Defendant Infosys Limited, based in New Jersey. I have worked at Infosys since 2012. As a result of performing my duties in my position, I have access to the personnel file of Plaintiff Roopinder Goraya ("Plaintiff").

3. Infosys is an Indian corporation that engages in business in multiple states in the United States.

4. In my position, I am familiar with Infosys' talent acquisition processes that were in place when Plaintiff received an offer to join Infosys in June 2017.

5. I know the facts set forth in this declaration to be true based on my own personal knowledge or based on my review of business records that Infosys creates and maintains in the ordinary course of business. With respect to the business records, the entries are made in a timely manner by people with knowledge of the information, and it is the regular practices of Infosys' business to maintain such records.

6. Infosys's longstanding procedure has been to require every applicant to agree to an Arbitration Agreement as a condition of employment. To that end, Infosys has adopted and implemented a standardized process wherein applicants review, complete, and sign a series of documents using Infosys' electronic Candidate Portal.

7. When Plaintiff accessed the Candidate Portal to view his Offer Letter, he saw the Document Packet Information page that included his Offer Letter and enclosures (and identifying the Arbitration Agreement as an enclosure). A true and correct copy of Plaintiff's Offer of Employment, as maintained in Plaintiff's personnel file in the ordinary course of business, is attached hereto as **Exhibit B**.

8. In my position, I have knowledge of Infosys's practices for distributing employment-related documentation to employees. Infosys employees, like Plaintiff, are given the opportunity to review all documentation and ask any questions they may have.

9. Based upon my review of Plaintiff's personnel records, Plaintiff electronically accepted Infosys' offer of employment on June 17, 2020, which provided that Plaintiff's employment with Infosys was contingent upon his reading and agreeing to Infosys's Mutual

Arbitration Agreement. A true and correct copy of the digital record of Plaintiff's Acceptance of Offer Letter, as maintained in the ordinary course of business, is attached hereto as **Exhibit D**.

10. By accepting the Offer of Employment, Plaintiff specifically agreed to submit any dispute arising out of or relating to his employment with Infosys to final and binding arbitration. A true and correct copy of the Mutual Arbitration Agreement, as maintained in Infosys's ordinary course of business, is attached hereto as **Exhibit C.**

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed: 6/17/2026.

DocuSigned by:
Joanne Polanowski
BA38428760A94C6...
Joanne Polanowski



FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
DES MOINES