# EXHIBIT B

Offer of Employment Letter

Infosys®

INFOSYS LIMITED
6100 Tennyson Parkway,
Suite 200
Plano, TX 75024
T 4692299419
F 4692299598
www.infosys.com

HRD/DOJ CHG/6/7459185/2018

June 27, 2017

ROOPINDER GORAYA
810 South Spring Street, Apartment #905
Los Angeles,California 90014
United States
909-519-1235

Dear ROOPINDER,

This is with regard to our Offer of Employment to you dated June 20, 2017 (Ref. No. HRD/US/ONDEL/7459185/2018).

Please note that, your date of joining has been revised to June 29, 2017. All the other terms and conditions mentioned in your offer letter remain unchanged. However, all the benefits are as per Company's policies, which are subject to change from time to time.

In the event you are H1-B work visa holder, your date of joining the company is subject to H1 transfer.

You are required to carry this letter with you at the time of joining the Company.

As acceptance to the revision in the date of joining, please sign and return a copy of this letter to HRD at the time of your joining.

Yours sincerely,

**Richard Lobo**
**EVP and Head Human Resources - Infosys Limited**

I have read, accept and agree to the terms and conditions as set forth in this letter.

Date: ______________________________

______________________________
Sign your name

______________ ______________
Print your name Location

**EXHIBIT B**

Infosys

INFOSYS LIMITED
6100 Tennyson Parkway,
Suite 200
Plano, TX 75024
T 4692299419
F 4692299598
www.infosys.com

HRD/US/ONDEL/7459185/2018 June 20, 2017

ROOPINDER GORAYA
810 South Spring Street, Apartment #905
Los Angeles, California 90014
909-519-1235

Dear ROOPINDER,

We at Infosys believe our employees are our most valued asset and key to us achieving our goals. It is our continuing ambition to find and retain people who believe in our values and share our desire to build a great Company. Based on our recent discussions with you and our review of your profile, it is with great pleasure that we offer you the below position with Infosys Limited in Palo Alto, CA.

Role: Principal Consultant - US

Role Designation: 2016APCNUS : Principal Consultant

Your Personal Level will be 6.

With your acceptance of this offer, your employment start date is June 26, 2017. We request you to report in person for onboarding at Palo Alto, CA.

Your current role has been classified as exempt in accordance with Federal Fair Labor Standards Act (FLSA) and applicable federal and state wage and hour laws. The Exempt or Non Exempt Status of your Role is determined by state and federal regulations and is subject to change from time to time. Any changes in the exemption status will be communicated to you.

Your role has associated billable and productivity expectations. It is expected that you will make efforts to find suitable client- billable assignments based on your skills and to maximize your utilization.

Due to the nature of this role, your actual work location may vary over time. While we do our best to match your qualifications and preferences to our client engagements, your continued employment with Infosys is contingent upon willingness to travel and/or relocate.

Your gross compensation will be USD 143562 per annum and will be paid in accordance with the Company's bi- weekly payroll schedule, with pay date every other Friday. Pay period details are available with the annual payroll calendar in the Company's intranet, which will be available for your review once you join the Company.

If there is any change in your assigned role and/or work location, your compensation will undergo change. Any changes in your compensation will be communicated to you.

You are responsible for paying all taxes and levies as per the prescribed regulatory requirements. The Company will deduct taxes and levies from each pay check, as required by applicable law. You will be solely responsible for submitting all tax documentation and paying your individual taxes in accordance with the regulatory requirements.

Future promotions and increases in salary will depend solely on your performance and contribution to the Company; no promotions or salary increases are guaranteed.

You are also eligible to participate in Infosys' benefits program, including comprehensive medical and dental plans, life insurance, a long-term disability plan, and paid vacation and holidays. A summary of Infosys' benefits is included with this letter under Attachment 5.

Your offer is contingent upon the following: (1) signing Attachment 1: Non-Compete and Non Solicitation Agreement, Attachment 2: Mutual Arbitration Agreement, Attachment 3: Confidential Information and Inventions Agreement, and Attachment 4: At-Will Employment Agreement; (2) satisfactory outcome of a criminal convictions disclosure and background check which, depending upon your position and department, may include professional references, verification of previous employment and education, criminal background check, drug screening, and/or a consumer credit check subject to applicable law; and (3) your demonstration that you are legally authorized to work in the United States through the I-9 process, in compliance with the Immigration Reform and Control Act.

In the event Infosys determines that it will file an H-1B petition on your behalf, Infosys will prepare the necessary paperwork with cooperation from you. This initial filing should not be deemed a guarantee that Infosys will file future extensions for you – that will be based on an assessment of business need at the time of extension. If you rescind your acceptance of this offer of employment after Infosys has incurred costs for the filing of your H-1B transfer application, Infosys may recover such costs directly from you, to the extent permitted under law.

Infosys is an "at-will" employer. This means that either you or Infosys may terminate your employment at any time, with or without cause, and with or without prior notice. It also means that your job duties, job title, responsibilities, reporting level, compensation and benefits, as well as Infosys's personnel policies and procedures, may be changed at any time. The "at-will" nature of your employment may only be changed by an express written agreement that is signed by you and by the Chief Executive Officer of Infosys Limited.

If you accept this offer, and the conditions of this offer are satisfied, this letter and the written agreements referenced in this letter shall constitute the complete agreement between you and Infosys with respect to the initial terms and conditions of your employment. Any representations, whether written or oral, which are not contained in this letter or contrary to those contained in this letter that may have been made to you are expressly cancelled and superseded by this offer, and you agree that you are not relying on any such promises.

To formalize your acceptance of this offer, please send us a mail confirmation to deepa.249547@infosys.com and US_Onboarding@infosys.com. By doing so, you also accept and agree to the transfer of your personal information to the Company's head office located at Bangalore, India for the purpose of administering the human resources elements of its business.

This offer will be deemed to have been rejected by you if you notify Infosys in writing that you are rejecting the offer.

Infosys is an organization that has built an outstanding reputation for exciting, innovative and quality products and services. Credit for this goes to every one of our employees. We look forward to you accepting our offer and becoming part of the Infosys team.

Sincerely,

**Richard Lobo**
**EVP and Head Human Resources - Infosys Limited**

Enclosures:
Attachment 1 - Non-Compete and Non-Solicitation Agreement
Attachment 2 - Mutual Arbitration Agreement
Attachment 3 - Confidential Information and Inventions Agreement
Attachment 4 - At Will Employment Agreement
Attachment 5 - US Benefits at a Glance