# EXHIBIT D

Acceptance of Offer Letter

Help

eLink form

**Do you accept the offer?** I have read, understand and accept all the terms and conditions contained in this offer letter and attached annexures.

| | | |
|---|---|---|
| **Date added** | 20-Jun-2017 12:35:50 PM | RoopGoraya@Yahoo.com |

Close

**EXHIBIT D**